IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| JENNIFER L. LOGAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:16-3742-BHH |
| v. ) | |
| ) | **ORDER** |
| NANCY BERRYHILL, ) | |
| Acting Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff Jennifer L. Logan filed this action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), to obtain judicial review of the Commissioner of Social Security's final decision denying her claim for benefits. On July 17, 2017, the Commissioner filed a motion to remand this matter for further administrative proceedings, including an opportunity for a hearing and a new decision, pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff did not file a response to Defendant's motion.

After review, and pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), it is hereby **ORDERED** that Defendant's motion to remand (ECF No. 19) is granted, and this action is remanded to the Commissioner for further evaluation under sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge
District of South Carolina

August 1, 2017
Charleston, South Carolina